# ELECTRONIC RECORD

442-15

| | |
|---|---|
| COA # 05-13-00930-CR | OFFENSE: 22.04 |
| STYLE: Alice Annette Steele v. The State of Texas | COUNTY: Dallas |
| COA DISPOSITION: AFFIRM | TRIAL COURT: 194th Judicial District Court |
| DATE: 03/19/2015     Publish: NO | TC CASE #: F-0845120-M |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alice Annette Steele v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: _July 29, 2015_

JUDGE: _pc_

CCA #: **442-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____